■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v FREDDIE BURGESS, Appellant. (Appeal No. 2.) [601 NYS2d 900] —Judgment unanimously affirmed. Same Memorandum as in *People v Burgess* (195 AD2d 1081 [decided herewith]). (Appeal from Judgment of Supreme Court, Erie County, Rossetti, J.—Attempted Robbery, 2nd Degree.) Present—Denman, P. J., Callahan, Boomer, Davis and Boehm, JJ.